UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO VIDAL, KHLOE VIDAL, JAMES NESKE, and SANDRA SCHORAS,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL AFFAIRS LVMPD, OFFICER E. CLINE, OFFICER ROWE, OFFICER ROHAN, JOE LOMBARDO, OFFICER TURNER, OFFICER DIAZ, OFFICER POUPARD, and SGT. LUECK,<br><br>Defendants. | Case No.: 2:19-cv-02130-JAD-EJY<br><br>**ORDER** |

      Pending before the Court are Plaintiff's Motions for a Copy of His Complaint (ECF Nos. 6 and 8). In his first filed Motion, Plaintiff updates his address to High Desert State Prison, P.O. Box 650, Indian Springs, NV 89070. Plaintiff further asks the Court to excuse delays, reopen his case, and resend Court Orders. Plaintiff is advised that this matter is open, hence, there is no need to reopen the case. The Court is also in receipt of an IFP application on the Court approved form. ECF No. 5. There are no Orders to resend.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions for Copy of His Complaint (ECF Nos. 6 and 8) are GRANTED in part and DENIED in part.

      IT IS FURTHER ORDERED that the Clerk of Court shall update Plaintiff's address on the docket to:

> High Desert State Prison
> P.O. Box 650
> Indian Springs, NV 89070

      IT IS FURTHER ORDERED that the Clerk of Court shall send one copy of Plaintiff's Complaint (ECF No. 1) to Plaintiff.

1

IT IS FURTHER ORDERED that Plaintiff shall not be entitled to copies of any other documents filed with the Court.

IT IS FURTHER ORDERED that except as stated herein, Plaintiff's Motions for a Copy of his Complaint are DENIED.

Dated this 27th day of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE